[No. 15068-9-II.   Division Two.   April 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL R. RIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 89-1-00219-4, Michael G. Spencer, J., entered June 17, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich, C.J., and Alexander, J.

[No. 14952-4-II.   Division Two.   April 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL W. DUNMIRE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-1-00146-6, James B. Sawyer II, J., entered February 19, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Seinfeld, J.

[Nos. 14646-1-II; 14680-1-II.   Division Two.   April 8, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES SCOTT HENRY, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT EARL KEARNEY, *Appellant*.

Appeals from judgments of the Superior Court for Cowlitz County, No. 90-1-00423-3, Alan R. Hallowell, J., entered January 17, 1991. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Morgan, A.C.J., and Alexander, J.